# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Nelson Hernandez     JOINT DEBTOR: Carmen Gonzalez     CASE NO.:_____
Last Four Digits of SS# 6308     Last Four Digits of SS# 7327

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 236.13 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $2500 = $6150 TOTAL PAID $1650
                  Balance Due  $ 4150 payable $ 85/month (Months 1 to 50)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Power Financial Credit Union
Address: 2020 NW 150 Avenue
Pembroke Pines, FL 33028     MMM Payment     $ 115.00 /month (Months 1 to 60)
Account No: xxx9402

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None     Total Due  $_____
                Payable     $_____ /month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 14.15/month (Months 1 to 50) and Pay $ 97.52 /month (Months 51 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditors Alphera Financial Services, Ocwen Loan Servicing, LLC, Olympian West Condominiums Association and Santander Consumer USA and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/Robert Sanchez, Esq.                     /s/Robert Sanchez, Esq.
Attorney for the Debtor                          Attorney for the Joint Debtor
Date: 7-16-2015                                   Date: 7-16-2015

LF-31 (rev. 01/08/10)