UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   15-22817-LMI

**Nelson J Hernandez**
**Carmen M Gonzalez**
15682 SW 85th Lane #104
Miami, FL 33193-1298
    Debtor
_____/

TRUSTEE'S CERTIFICATE OF SERVICE
OF TRUSTEE'S NOTICE OF REQUIRED DOCUMENTS

Nancy K Neidich, Esquire, Chapter 13 Trustee, served the:

1)  <u>Trustee's Notice of Required Documents,</u>

2)  <u>Debtor's Checklist for 341 Meeting of Creditors,</u>

3)  <u>Chapter 13 Meeting of Creditors Preparation Sheet,</u>

4)  <u>Chapter 13 Confirmation Preparation Sheet,</u>

5)  <u>National Data Center brochure</u>

was served by US Mail on the debtor(s) at the above address and the debtor attorney (if any at the address below:

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012
305.687.8008

        Submitted by
        NANCY K. NEIDICH, ESQUIRE
        STANDING CHAPTER 13 TRUSTEE
        P.O. BOX 279806
        MIRAMAR, FL 33027
        (954)  443-4402