UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                                  CASE NO.: 15-22817-LMI
                                                                                              CHAPTER 13
NELSON J HERNANDEZ ,

    Debtor,

CARMEN M GONZALEZ ,

    Joint Debtor.

_____/

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-R2 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 31, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT SANCHEZ, ESQ
900 W 49TH STREET, SUITE 500
HIALEAH, FL  33012

NELSON J HERNANDEZ

15682 SW 85TH LANE #104
MIAMI, FL  33193

CARMEN M GONZALEZ
15682 SW 85TH LANE #104
MIAMI, FL  33193

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

    Robertson, Anschutz & Schneid, P.L.
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909

    By: /s/Can Guner
    Can Guner, Esquire
    Email: cguner@rasmonitor.com