RE: _Nelson Hernandez + Carmen Gonzalez_ ☐ **PRO SE**          Case # _15-22817 Lml_

<u>**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION**</u> (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

___ Tax returns: 2012 2013 2014 Corp 2012 2013 2014

**X** Bank Account Statements ☐ 3 months pre-petition

     #3426   6/15 - 6/16/15

     #7607   6/15 - 6/16/15

     #0466   6/15 - 6/16/15

___ Check copy

__✗__ Explain W/D _Acct 0466 on 3/16 - $1000_

    ↱ _Acct 0466 on 4/20 - $1174.15 + on 3/16- $1000_

___ FMV(NADA/Carmax), Reg and Payoff: Vehicles _____

_____

___ FMV and Payoff: Real Estate _____

_____

___ Non homestead Information Sheet

**X** Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**

___ BDQ & attachments ☐ Profit & Loss ☐ Balance Sheet

___ Bank statements and checks ☐ 3 months _____

_____

_____

_____

___ ☐ Photo ID(s)  ☐ LF 90  ☐ LF67  ☐ LF10

___ Domestic Support Info: name address and phone

___ Affidavits of _____ support _____ rent

___ ☐ 2016(B) ☐ 401K/Retirement Stmts ☐ Life Ins. Policy

**✗** Other provisions ☒ IVL ☐ 100% ☐ lawsuit ☐ lease

    ☐ gambling ☐ HAMP ☒ LMM/MMM

**✗** Plan does not fund _1-50 mos_

**✗** Calculation errors/improper months _Atty Fees_

___ Valuation motion  ☐ not filed  ☐ not resolved

**✗** LMM/MMM motion ☒ not filed

___ Reaffirm, redeem or surrender Sch D & G creditor

___ Creditor on plan not listed in Schedules or no filed POC

___ Priority debt on Sch E not in plan

___ Object or Conform to Proof of Claim

    ___ Miami-Dade County  ___ Tax Certificate(DE#___)

    ___ Dept of Revenue  ___ IRS

_____

_____

_____

☐ Notice of Filing HAMP ☐ Other _____

Reviewed documents received prior to _____ 8/3/15 _____

(Do not "resend" late documents without first calling the Trustee's office)

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors.

**NOTICE:** Each debtor(s) is required to appear at the meeting of creditors with an original social security card and government issued photographic identification card. Each debtor must complete a written questionnaire prior to the meeting of creditors which will become part of their testimony. This questionnaire must be handed to the Trustee or her staff attorney prior to the commencement of the meeting. In addition, debtors are cautioned to bring evidence that they have made all payments due under the proposed plan to the meeting of creditors.

Request for continuance must be directed to the Trustee and are only for emergencies. LR 2003-1. The party requesting the continuance has the burden to notice to all creditors. LR 2002-1(C)(3) Failure to appear may result in a dismissal order (see notice of commencement).

       I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

               Submitted by

               NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE

               P.O. BOX 279806,

               MIRAMAR, FL 33027

               (954) 443-4402

**\*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL\***