B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Florida

In re: **Nelson J Hernandez, Carmen M Gonzalez**, Debtors

Case No. **15-22817**

Chapter **13**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 105,000.00 | | |
| B - Personal Property | Yes | 4 | 18,549.97 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 112,823.63 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 21,293.43 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 4,532.07 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,275.13 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 123,549.97 | | |
| Total Liabilities | | | | 134,117.06 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B 6 Summary (Official Form 6 - Summary) (12/14)

## United States Bankruptcy Court
### Southern District of Florida

In re  **Nelson J Hernandez,**
**Carmen M Gonzalez**
Debtors

Case No. **15-22817**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---:|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---:|
| Average Income (from Schedule I, Line 12) | 4,532.07 |
| Average Expenses (from Schedule J, Line 22) | 4,275.13 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 4,530.66 |

**State the following:**

| | | |
|---|---:|---:|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 7,651.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 21,293.43 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 28,944.43 |

B6B (Official Form 6B) (12/07)

| In re | **Nelson J Hernandez,** | Case No. | **15-22817** |
|---|---|---|---|
| | **Carmen M Gonzalez** | | |

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | J | **30.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BankUnited, N.A.**<br>**Checking Account No.: XXXX3426**<br>**- Joint with Luis E Veliz** | J | **10.13** |
| | | | **BankUnited, N.A.**<br>**Checking Account No.: XXXX7607** | H | **120.54** |
| | | | **BankUnited, N.A.**<br>**Checking Account No.: XXXX0460** | J | **1,329.30** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Living room: Couch, 2 Love seats, 2 Center tables, Lamp, TV, DVD, Stereo and miscellaneous Decorative Items.**<br>**Kitchen: Refrigerator, Microwave, Stove, Dining table with four chairs, 2 Pots, 6 Plates, 4 Cups, 8 Silverware and Misc small items.**<br>**Bedrooms: 2 Beds, Nightstand, 2 Lamps and Cabinet.**<br>**Other Items: Washer, Dryer, Computer, Desk, Used Towels, Sheets, Bedding and Comforters.**<br>**Value is debtors valuation based on age and condition.** | J | **1,240.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Used clothes and shoes, value is debtors valuation based on age and condition.** | J | **120.00** |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Smith & Wesson 442-2 Revolver, value is debtors valuation based on age and condition.** | J | **200.00** |
| | | | | Sub-Total ><br>(Total of this page) | **3,049.97** |

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Nelson J Hernandez,**            Case No.   **15-22817**
      **Carmen M Gonzalez**
                                                            Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

                                                                             Sub-Total >    **0.00**
                                                                             (Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Nelson J Hernandez,**                        Case No. **15-22817**
      **Carmen M Gonzalez**
                              Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Toyota Camry LE Sedan 4D** **Vin: XXXXU899667** **Estimated miles: 79,428** **Value obtained by CarMax** | W | 7,000.00 |
| | | **2010 Pontiac G6 Sedan 4D GT** **Vin: XXXX4144605** **Estimated miles: 65,859** **Value obtained by CarMax** | H | 7,000.00 |
| | | **2001 Toyota Solara SE Coupe 2D** **Vin: XXXXC436338** **Estimated miles: 144,736** **Value obtained by CarMax** **- Retain.** | J | 1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

                                                                                                              Sub-Total >    **15,500.00**
                                                                                             (Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Nelson J Hernandez,**
       **Carmen M Gonzalez**
                                                                    Case No.   **15-22817**
                                                    ,
                                           Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | **18,549.97** |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re  **Nelson J Hernandez,**
       **Carmen M Gonzalez**
                                                                     ,                Case No.  **15-22817**
                                                                Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> **Homestead Address: 15682 SW 85th Lane #104, Miami FL 33193-1298** <br> **Parcel Identification Number: 30-4933-018-0040** <br> **Legal Description: OLYMPIAN WEST CONDO UNIT 104 UNDIV .96% INT IN COMMON ELEMENTS OFF REC 10313-887 OR 20964-4204 0103 1** <br> **- Valuation obtained from Miami Dade County Property Appraiser Office.** <br> **- Purchased and on title since 01/22/2003.** | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02** | 88,310.00 | 105,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> **BankUnited, N.A.** <br> **Checking Account No.: XXXX0460** | **Fla. Const. art. X, § 4(a)(2)** | 1,000.00 | 1,329.30 |
| **Household Goods and Furnishings** <br> **Living room: Couch, 2 Love seats, 2 Center tables, Lamp, TV, DVD, Stereo and miscellaneous Decorative Items.** <br> **Kitchen: Refrigerator, Microwave, Stove, Dining table with four chairs, 2 Pots, 6 Plates, 4 Cups, 8 Silverware and Misc small items.** <br> **Bedrooms: 2 Beds, Nightstand, 2 Lamps and Cabinet.** <br> **Other Items: Washer, Dryer, Computer, Desk, Used Towels, Sheets, Bedding and Comforters. Value is debtors valuation based on age and condition.** | **Fla. Const. art. X, § 4(a)(2)** | 1,000.00 | 1,240.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> **2001 Toyota Solara SE Coupe 2D** <br> **Vin: XXXXC436338** <br> **Estimated miles: 144,736** <br> **Value obtained by CarMax** <br> **- Retain.** | **Fla. Stat. Ann. § 222.25(1)** | 1,000.00 | 1,500.00 |
| | Total: | 91,310.00 | 109,069.30 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt