UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Nelson J. Hernandez and Carmen M. Gonzalez   Case No: 15-22817-LMI
Chapter 13

_____Debtors_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Agreed Order To Employer to Deduct and Remit and for Related Matters [ECF 28] was sent to all interested parties on August 26, 2015 as follows:

Electronically:

Nancy N. Neidich, Trustee

Via First Class Mail:

Debtors, Nelson J. Hernandez and Carmen M. Gonzalez
15682 SW 85th Lane #104
Miami, FL 33193-1298

Mariana Martinez,
Attn: Human Resources/Payroll Department,
5770 SW 100th Street,
Miami, FL 33156-2015

        Respectfully Submitted:
        **ROBERT SANCHEZ, P.A.**
        Attorney for Debtor
        355 West 49th Street
        Hialeah, FL 33012
        Tel. 305-687-8008

        By:*/s/ Robert Sanchez*_____
        Robert Sanchez, Esq., FBN#0442161