UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 15-22817-LMI |
| NELSON J. HERNANDEZ and<br>CARMEN M. GONZALEZ | CHAPTER 13 |
| Debtors._____/ | |

## POWER FINANCIAL CREDIT UNION'S OBJECTION TO CONFIRMATION

POWER FINANCIAL CREDIT UNION ("PFCU") by and through undersigned counsel, and pursuant to 11 U.S.C. §§ 1324(a), and 1325(a)(5) files this, its *Objection to Confirmation* (the "Objection"), and in support thereof, does state:

## BACKGROUND

1. Nelson J. Hernandez and Carmen M. Gonzalez (the "Debtors") filed a voluntary petition under Chapter 13 of the Bankruptcy Code on July 16, 2015 (the "Petition Date").

2. On Schedule A, filed by the Debtors in this case, the Debtors listed their interest in the real property located at 15682 SW 85th Lane, #104, Miami, FL 33193 (the "Property") as their Homestead property and claimed it as exempt.

3. Power Financial Credit Union has a Judgment Lien on said Property in the amount of $30,084.37. A Final Judgment was filed on June 16, 2011.

4. The Debtors state that the Property is encumbered by two mortgages totaling $88,137.37: the first mortgage held by Ocwen Loan Servicing LLC ("Ocwen") with a balance of $58,053.00, and

1

the second mortgage held by PFCU with a balance of $30,084.37. (*See* Debtors' Schedule D).

5. The Debtors state that the Property's value is $105,000.00. (*See* Debtors' Schedule D). Therefore, there is clearly equity in the property ; even though PFCU believes that the Debtors have undervalued the Property.

6. The Debtors' First Amended Chapter 13 Plan (the "Plan") (C.P. #22) calls for the first mortgage held by Ocwen to be treated outside the Plan and calls for the Second Mortgage held by PFCU on the Property to be the subject of the MMM program.

7. However, PFCU is not required to do loan modifications under HAMP or any other governmental program.

8. The Debtors have proposed a $115.00 monthly payment in months 1 to 60 for a total of $6,900.00 against a $30,084.37 judgment that is accruing interest since June 16, 2011.

9. PFCU objects to the Debtors' treatment of this secured claim through the proposed Chapter 13 Plan.

## RELIEF REQUESTED

10. Accordingly, PFCU objects to the Debtors proposed treatment of the PFCU claim and judgment lien held by PFCU, and further objects to confirmation of the Plan, as proposed.

WHEREFORE, Power Financial Credit Union, respectfully requests an order of this Court denying confirmation of the Debtor's Chapter 13 plan as proposed, and for such other relief as the Court determines to be equitable and just.

## CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice

in this court set forth in Local Rule 2090-1(A).

<b><u>CERTIFICATE OF SERVICE</u></b>

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served on the 28th day of August, 2015 upon all parties in interest as listed on the attached Service List.

                                                    RYAN LAW FIRM, P.A.
                                                   Attorney for Creditor
                                                   8500 SW 92nd Street, Suite 202
                                                   Miami, Florida  33156
                                                   Telephone: (305) 275-2733
                                                   Facsimile:  (305) 275-2732

                                                 By: _____
                                                     D. Jean Ryan
                                                     Florida Bar No.: 396818
                                                     jryan@ryanlawpa.com

```
Label Matrix for local noticing          BMW Financial Services NA, LLC           Ocwen Loan Servicing, LLC
113C-1                                   c/o Ascension Capital Group              Robertson, Anschutz & Schneid, P.L.
Case 15-22817-LMI                        POB 201347                               6409 Congress Ave
Southern District of Florida             Arlington, TX 76006-1347                 Suite 100
Miami                                                                             Boca Raton, FL 33487-2853
Fri Aug 28 15:20:53 EDT 2015

Recovery Management Systems Corp         Alphera Financial Services               Amc Mortgage Services
25 SE 2 Ave #1120                        5550 Britton Pkwy                        Po Box 11000
Miami, FL 33131-1605                     Hilliard, OH 43026-7456                  Santa Ana, CA 92711-1000


Asset Acceptance, LLC                    (p)BMW FINANCIAL SERVICES                Cap One
c/o Rodolfo Miro Esq                     CUSTOMER SERVICE CENTER                  Po Box 5253
PO BOX 9065                              PO BOX 3608                              Carol Stream, IL 60197-5253
Brandon, FL 33509-9065                   DUBLIN OH 43016-0306


Capital One Bank (USA), N.A.             Capital One Bank Usa N                   Cbna
PO Box 71083                             15000 Capital One Dr                     8725 W. Sahara Ave  Mc 02/02/03
Charlotte, NC  28272-1083                Richmond, VA 23238-1119                  The Lakes, NV 89163-0001


Chase Card                               Citi                                     Citifinancial
Po Box 15298                             Po Box 6497                              300 Saint Paul Pl
Wilmington, DE 19850-5298                Sioux Falls, SD 57117-6497               Baltimore, MD 21202-2120


Credit Acceptance                        Credit One Bank Na                       Gm Financial
Po Box 513                               Po Box 98875                             Po Box 181145
Southfield, MI 48037-0513                Las Vegas, NV 89193-8875                 Arlington, TX 76096-1145


Hb Fsb                                   Homeward Residential                     Hsbc/Suzki
Po Box 8633                              1525 S Belt Line Rd                      Po Box 9
Elmhurst, IL 60126-8633                  Coppell, TX 75019-4913                   Buffalo, NY 14240-0009


Internal Revenue Service                 LVNV Funding LLC                         Midland Credit Management, Inc. as agent for
P.O. BOX 7346                            c/o Pollack & Rosen, PA                  Asset Acceptance LLC
Philadelphia, PA 19101-7346              806 Douglas Road                         PO Box 2036
                                         Suite 200, South Tower                   Warren, MI 48090-2036
                                         Coral Gables, FL 33134-3157

Midland Fund                             Midland Funding                          Ocwen Loan Servicing LLC
8875 Aero Dr Suite 200                   8875 Aero Dr Ste 200                     12650 Ingenuity Dr
San Diego, CA 92123-2255                 San Diego, CA 92123-2255                 Orlando, FL 32826-2703


Office of the US Trustee                 Olympian West Condominium Association    Pan Am Horizons Fcu
51 S.W. 1st Ave.                         c/o Mirza Basulto & Robbins, LLP         12171 Moody Dr
Suite 1204                               14160 Palmetto Frontage Road             Homestead, FL 33032-8001
Miami, FL 33130-1614                     Suite 22
                                         Miami Lakes, FL 33016-1506
```

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Powerficu<br>2020 Nw 150th Ave.<br>Pembroke Pines, FL 33028-2805 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 |
| Saunders, Curtis, Ginestra & Gore<br>2901 West Cypress Creek Rd #101<br>Fort Lauderdale, FL 33309-1730 | Sears/Cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 | Carmen M Gonzalez<br>15682 SW 85th Lane #104<br>Miami, FL 33193-1298 |
| Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 | Nelson J Hernandez<br>15682 SW 85th Lane #104<br>Miami, FL 33193-1298 | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012-3715 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BMW Financial Services NA, LLC
P.O. Box 3608
Dublin, OH 43016

Portfolio Recovery Associates
Riverside Commerce Center
120 Corporate Blvd Ste 100
Norfolk, VA 23502-4962

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients   38
Bypassed recipients    1
Total                 39