UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                              CASE NO.: 15-22817-LMI

NELSON J. HERNANDEZ and                             CHAPTER 13
CARMEN M. GONZALEZ

    Debtors.
_____/

## POWER FINANCIAL CREDIT UNION'S OBJECTION TO CONFIRMATION

POWER FINANCIAL CREDIT UNION ("PFCU") by and through undersigned counsel, and pursuant to 11 U.S.C. §§ 1324(a), and 1325(a)(5) files this, its *Objection to Confirmation* (the "Objection"), and in support thereof, does state:

### BACKGROUND

1. Nelson J. Hernandez and Carmen M. Gonzalez (the "Debtors") filed a voluntary petition under Chapter 13 of the Bankruptcy Code on July 16, 2015 (the "Petition Date").

2. On Schedule A, filed by the Debtors in this case, the Debtors listed their interest in the real property located at 15682 SW 85th Lane, #104, Miami, FL 33193 (the "Property") as their Homestead property and claimed it as exempt.

3. Power Financial Credit Union has a Judgment Lien on said Property in the amount of $30,084.37. A Final Judgment was filed on June 16, 2011.

4. The Debtors state that the Property is encumbered by two mortgages totaling $88,137.37: the first mortgage held by Ocwen Loan Servicing LLC ("Ocwen") with a balance of $58,053.00, and

1

the second mortgage held by PFCU with a balance of $30,084.37. (*See* Debtors' Schedule D).

5. The Debtors state that the Property's value is $105,000.00. (*See* Debtors' Schedule D). Therefore, there is clearly equity in the property; even though PFCU believes that the Debtors have undervalued the Property.

6. The Debtors' First Amended Chapter 13 Plan (the "Plan") (C.P. #22) calls for the first mortgage held by Ocwen to be treated outside the Plan and calls for the Second Mortgage held by PFCU on the Property to be the subject of the MMM program.

7. However, PFCU is not required to do loan modifications under HAMP or any other governmental program.

8. The Debtors have proposed a $115.00 monthly payment in months 1 to 60 for a total of $6,900.00 against a $30,084.37 judgment that is accruing interest since June 16, 2011.

9. PFCU objects to the Debtors' treatment of this secured claim through the proposed Chapter 13 Plan.

## RELIEF REQUESTED

10. Accordingly, PFCU objects to the Debtors proposed treatment of the PFCU claim and judgment lien held by PFCU, and further objects to confirmation of the Plan, as proposed.

WHEREFORE, Power Financial Credit Union, respectfully requests an order of this Court denying confirmation of the Debtor's Chapter 13 plan as proposed, and for such other relief as the Court determines to be equitable and just.

## CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice

in this court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served on the 28th day of August, 2015 upon all parties in interest as listed on the attached Service List.

RYAN LAW FIRM, P.A.
Attorney for Creditor
8500 SW 92nd Street, Suite 202
Miami, Florida 33156
Telephone: (305) 275-2733
Facsimile: (305) 275-2732

By: _D. Jean Ryan_
D. Jean Ryan
Florida Bar No.: 396818
jryan@ryanlawpa.com

```
Label Matrix for local noticing          BMW Financial Services NA, LLC          Ocwen Loan Servicing, LLC
113C-1                                    c/o Ascension Capital Group             Robertson, Anschutz & Schneid, P.L.
Case 15-22817-LMI                         POB 201347                              6409 Congress Ave
Southern District of Florida              Arlington, TX 76006-1347                Suite 100
Miami                                                                             Boca Raton, FL 33487-2853
Fri Aug 28 15:20:53 EDT 2015

Recovery Management Systems Corp          Alphera Financial Services              Amc Mortgage Services
25 SE 2 Ave #1120                         5550 Britton Pkwy                       Po Box 11000
Miami, FL 33131-1605                      Hilliard, OH 43026-7456                 Santa Ana, CA 92711-1000


Asset Acceptance, LLC                     (p)BMW FINANCIAL SERVICES               Cap One
c/o Rodolfo Miro Esq                      CUSTOMER SERVICE CENTER                 Po Box 5253
PO BOX 9065                               PO BOX 3608                             Carol Stream, IL 60197-5253
Brandon, FL 33509-9065                    DUBLIN OH 43016-0306


Capital One Bank (USA), N.A.              Capital One Bank Usa N                  Cbna
PO Box 71083                              15000 Capital One Dr                    8725 W. Sahara Ave  Mc 02/02/03
Charlotte, NC  28272-1083                 Richmond, VA 23238-1119                 The Lakes, NV 89163-0001


Chase Card                                Citi                                    Citifinancial
Po Box 15298                              Po Box 6497                             300 Saint Paul Pl
Wilmington, DE 19850-5298                 Sioux Falls, SD 57117-6497              Baltimore, MD 21202-2120


Credit Acceptance                         Credit One Bank Na                      Gm Financial
Po Box 513                                Po Box 98875                            Po Box 181145
Southfield, MI 48037-0513                 Las Vegas, NV 89193-8875                Arlington, TX 76096-1145


Hb Fsb                                    Homeward Residential                    Hsbc/Suzki
Po Box 8633                               1525 S Belt Line Rd                     Po Box 9
Elmhurst, IL 60126-8633                   Coppell, TX 75019-4913                  Buffalo, NY 14240-0009


Internal Revenue Service                  LVNV Funding LLC                        Midland Credit Management, Inc. as agent for
P.O. BOX 7346                             c/o Pollack & Rosen, PA                 Asset Acceptance LLC
Philadelphia, PA 19101-7346               806 Douglas Road                        PO Box 2036
                                          Suite 200, South Tower                  Warren, MI 48090-2036
                                          Coral Gables, FL 33134-3157

Midland Fund                              Midland Funding                         Ocwen Loan Servicing LLC
8875 Aero Dr Suite 200                    8875 Aero Dr Ste 200                    12650 Ingenuity Dr
San Diego, CA 92123-2255                  San Diego, CA 92123-2255                Orlando, FL 32826-2703


Office of the US Trustee                  Olympian West Condominium Association   Pan Am Horizons Fcu
51 S.W. 1st Ave.                          c/o Mirza Basulto & Robbins, LLP        12171 Moody Dr
Suite 1204                                14160 Palmetto Frontage Road            Homestead, FL 33032-8001
Miami, FL 33130-1614                      Suite 22
                                          Miami Lakes, FL 33016-1506
```

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Powerficu<br>2020 Nw 150th Ave.<br>Pembroke Pines, FL 33028-2805 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 |
| Saunders, Curtis, Ginestra & Gore<br>2901 West Cypress Creek Rd #101<br>Fort Lauderdale, FL 33309-1730 | Sears/Cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 | Carmen M Gonzalez<br>15682 SW 85th Lane #104<br>Miami, FL 33193-1298 |
| Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 | Nelson J Hernandez<br>15682 SW 85th Lane #104<br>Miami, FL 33193-1298 | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012-3715 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BMW Financial Services NA, LLC
P.O. Box 3608
Dublin, OH 43016

Portfolio Recovery Associates
Riverside Commerce Center
120 Corporate Blvd Ste 100
Norfolk, VA 23502-4962

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39